

**33 WHITEHALL STREET, 16TH FLOOR**
**NEW YORK, NEW YORK  10004**
**(212) 509-3456 – TELEPHONE**
**(212) 509-4420 – FACSIMILE**
www.mkcilaw.us.com

August 16, 2024

**VIA ECF**
Hon. Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

      Re:    **P3, as PNG of S3, an Infant v. Hilton Central School District, et. al.,**
             **Case No.: 21-CV-6546-EAW-MJP**

Dear Judge Wolford:

      Please accept this correspondence on behalf of the Defendants, Hilton Central School District, David Dimbleby and Dr. Casey Kosiorek (hereinafter, "District Defendants") to inform the Court that the District Defendants received the Plaintiff's Declaration and Memorandum of Law in support of Plaintiff's Motion to Voluntarily Dismiss Defendant Kirk Ashton from this case.

      After a thorough review of the Plaintiff's filings and the arguments presented therein, the District Defendants do not oppose the motion to voluntarily dismiss Kirk Ashton from this case. Indeed, the District Defendants join the Plaintiff and fully support the granting of the motion, and agree to discontinue their cross-claims against Defendant, Kirk Ashton.

      Thank you for your attention to this matter.

                                        Respectfully submitted,

                                        Carmen T. Rodriguez, Esq.
                                        crodriguez@mkcilaw.us.com

CC:    All Parties Via ECF
         Kirk Ashton via Regular Mail

| LIVINGSTON, NJ | HARTFORD, CT | WILMINGTON, DE | BROOKLYN, NY | NEW YORK, NY |
|---|---|---|---|---|
| (973) 822-1110 | (860) 404-3000 | (302) 656-1200 | (212) 509-3456 | (212) 509-3456 |
| PHILADELPHIA, PA | MIAMI, FL | SYRACUSE, NY | BUFFALO, NY | FRISCO, TX |
| (215) 557-1990 | (786) 696-9851 | (315) 473-9648 | (315) 473-9648 | (469) 287-5500 |